**Anthony TURNER, Plaintiff—Appellant,**

**v.**

**Raymond IGLECIA, M.D., Defendant—Appellee.**

No. 05–6544.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 29, 2005.

Decided Oct. 6, 2005.

Anthony Turner, Appellant Pro Se. John Andrew Basham, Ted G. Yoakam, Allison W. Anders, McKenry, Dancigers, Warner, Dawson & Lake, P.C., Virginia Beach, Virginia, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Turner appeals the magistrate judge's order * granting summary judgment in favor of the Defendant on his 42 U.S.C. § 1983 (2000) and related state law claims alleging deliberate indifference to his serious medical needs and medical mal-

---

\* The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C.

practice. Our review of the record discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Turner v. Iglecia,* No. CA–00–917–2 (E.D.Va. Mar. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*